PEOPLE *v.* WALLS

Appeal from Genesee, Elza H. Papp, J. Submitted Division 2 October 12, 1970, at Lansing. (Docket No. 7,926.) Decided October 26, 1970.

Felix Walls was convicted of forging a security agreement and promissory note. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert F. Leonard,* Prosecuting Attorney, *Donald A. Kuebler,* Chief Assistant Prosecuting Attorney, and *James I. Bearinger,* Assistant Prosecuting Attorney, for the people.

*Wilfred C. Rice,* for defendant.

Before: QUINN, P. J., and V. J. BRENNAN and ZIEM,* JJ.

PER CURIAM. Defendant was tried by the court without a jury and convicted of forging a security agreement and promissory note contrary to MCLA § 750.248 (Stat Ann 1970 Cum Supp § 28.445). He was sentenced and he appeals.

The appeal alleges twelve errors as the basis for relief. We have reviewed each allegation of error, the facts and law pertaining thereto, and we find no reversible error.

Affirmed.

---

* Circuit judge, sitting on the Court of Appeals by assignment.